DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. JONES

No. 421P90

Case below: 99 N.C.App. 412

Motion by the Attorney General to dimiss appeal for lack of substantial constitutional question allowed 10 January 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

STATE v. LOVE

No. 512P90

Case below: 100 N.C.App. 226

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 10 January 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

STATE v. McKENDALL

No. 539P90

Case below: 100 N.C.App. 333

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 10 January 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

STATE v. MOORE

No. 492P90

Case below: 100 N.C.App. 331

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.